IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR330 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ABEL HERNANDEZ-ACOSTA, ) | **O R D E R** |
| ) | |
| ) | |
| Defendant. ) | |

Based on the joint motion of Government and the Defendant, and good cause shown,

IT IS HEREBY ORDERED that the material witnesses, Carlos Chip, Pedro Cos, Ramiro De Leon-Velasquez, Francisco Jimenez-Perez, Javier Estrada-Sanchez, Sebastian Yum-Velasque, Jario Ortego-Vargas, Antonio Guererra-Fernandez, Armando Avila, Manuel Herrera-Chona, and Cynthia Paoma, be immediately released from the custody of the U.S. Marshal's Service into the custody of the United States Bureau of Immigration and Customs Enforcement pursuant to that agency's detainers.

DATED this 8th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON,
CHIEF U. S. DISTRICT COURT JUDGE